# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Transcript excerpt from Criminal Case in 36th District Court |
| 2. | Defendant's Initial Disclosures |
| 3. | Rule 11 Letter Package |
| 4. | 10/22/2019 Email to Plaintiff's Counsel |
| 5. | 10/28/2019 Email to Plaintiff's Counsel |
| 6. | Defendants Responses to Plaintiff's Discovery Requests |