**Exhibit 1**    Detroit Police Event Report

| User: BALLD812 | DETROIT POLICE DEPARTMENT | 01/17/2019 12:21:20 |
|---|---|---|

## Event Report

Event ID: **2017-012-00383**  Call Ref #: 886  Date/Time Received: 01/12/2017 03:14:38

| Rept #: | Call Source : PHONE | Prime Unit : | M0408 BROMLEY, ERIC | Service Involved LAW | | | | |
|---|---|---|---|---|---|---|---|---|

Location: **MICHIGAN AVE/MARTIN ST**
X-ST:
Business:  Phone:   Jur: CAD   Service: LAW   Agency: DPD
                    St/Beat: 405   District: 04P   RA: WEST

Nature: **DISTURBANCE**   Alarm Lvl: 1   Priority: 3   Medical Priority:
Caller: TIM          Alarm:    Call Taker: JACKSONL120
Addr: 1 MICHIGAN AVE   Phone:   Alarm Type:   Console: 5212
Vehicle:   St:   Report Only: No   Race:   Sex:   Age:
Geo-Verified Addr: Yes   Nature Summary Code:   Disposition: ORD   Close Comments:

Notes: 6820 michigan...teleway [01/12/17 03:19:50 JACKSONL120]
teleway system m clr says bm inside loc throwing stuff/ intox... bm wearing blk hoodie / afro / drk complx [01/12/17 03:17:00 JACKSONL120]

### Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 01/12/2017 03:14:38 | | | |
| Call Routed: 01/12/2017 03:17:03 | 000:02:25 | Unit Reaction: 000:01:47 | (1st Dispatch to 1st Arrive) |
| Call Take Finished: 01/12/2017 03:17:03 | 000:02:25 | En-Route: 000:00:05 | (1st Dispatch to 1st En-Route) |
| 1st Dispatch: 01/12/2017 03:17:57 | 000:03:19 *(Time Held):* | On-Scene: 001:06:32 | (1st Arrive to Last Clear) |
| 1st En-Route: 01/12/2017 03:18:02 | 000:03:24 | | |
| 1st Arrive: 01/12/2017 03:19:44 | 000:05:06 *(Reaction Time):* | | |
| Last Clear: 01/12/2017 04:26:16 | 001:11:38 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| M0408 | | D | Dispatched | 01/12/2017 03:17:57 | Stat/Beat: 408 | | ARRINGTONA047 |
| M0408 | | DXY | DispatchXY | 01/12/2017 03:17:57 | 13453312.00,304915.38 | | ARRINGTONA047 |
| M0408 | | E | En-Route | 01/12/2017 03:18:02 | | | ARRINGTONA047 |
| M0408 | | A | Arrived | 01/12/2017 03:19:44 | | | Unit:M0408 |
| M0408 | | C | Cleared | 01/12/2017 04:26:16 | ORD [ORD] | ORD | ARRINGTONA047 |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 01/12/2017 03:14:38 | By: PHONE | | JACKSONL120 |
| | | ENT | Entered Street | 01/12/2017 03:14:49 | 1 MICHIGAN AVE | | JACKSONL120 |
| | | ENT | Entered CallerName_CallIn | 01/12/2017 03:15:46 | TIM | | JACKSONL120 |
| | | ARM | Added Remarks | 01/12/2017 03:17:00 | | | JACKSONL120 |
| | | ENT | Entered Nature | 01/12/2017 03:17:03 | ==DISTURBANCE== | | JACKSONL120 |
| | | FIN | Finished Call Taking | 01/12/2017 03:17:03 | | | JACKSONL120 |
| | | CHG | Changed Street | 01/12/2017 03:18:10 | 1 MICHIGAN AVE --> 6820 MICHIGAN AVE | | JACKSONL120 |
| | | ENT | Entered AddSt | 01/12/2017 03:19:34 | MARTIN | | JACKSONL120 |
| | | ARM | Added Remarks | 01/12/2017 03:19:50 | | | JACKSONL120 |
| | | CHG | Changed Street | 01/12/2017 03:20:09 | 6820 MICHIGAN AVE --> MICHIGAN AVE/MARTIN ST | | JACKSONL120 |
| | | CHG | Changed AddSt | 01/12/2017 03:20:15 | MARTIN --> | | JACKSONL120 |
| M0408 | 240321 | NCIC | QRY:Drivers | 01/12/2017 03:26:20 | UNIT:M0408 FNAME=SLAPPEY LNAME=EDWARD DOB=07/22/19 | | Unit:M0408 |
| | | RSW | Reset Watchdog Timer | 01/12/2017 03:55:46 | Units: M0408 >>> 30Min. | | ARRINGTONA047 |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ==SLAPPEY, EDWAR MICHEL-YORKJR== | | | M | 511 | 160 | | 7/22/1982 | 34 | | | |

Address: EWALD CIR APT 2 DETROIT MI 48204 MI
State OLN: MI ▮▮▮▮▮▮

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIM | CALLER | | | | 0 | | | | | | |

Address: MICHIGAN AVE