# Exhibit 1

## 2017 Criminal Trial Transcript

STATE OF MICHIGAN

IN THE 36TH DISTRICT COURT FOR THE COUNTY OF WAYNE

The City of Detroit

        Plaintiff,

                      District No. U37615117

v

Edward Slappy

        Defendant.

_____/

**Trial**

Before the Honorable Deborah G. Bledsoe Ford, District Judge

Detroit, Michigan - Monday, July 10, 2017

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Shannon Walker (P53794)<br>City of Detroit Law Department<br>2 Woodward Avenue, Suite 500<br>Detroit, Michigan 48226<br>(313)224-2089 |
| For the Defendant: | Patricia Cade (P35186)<br>Attorney At Law<br>PO Box 323<br>Garden City, Michigan 48136<br>(248)561-1038 |
| Reported By: | Sharon E. Davis, CSMR 6609<br>Official Court Reporter<br>36th District Court<br>(313) 965-6289 |

TABLE OF CONTENTS

| | |
|---|---:|
| **WITNESSES: People** | **PAGE** |
| Randolph Williams | |
| Direct Examination by Ms. Walker | 6 |
| Cross-Examination by Ms. Cade | 16 |
| Redirect Examination by Ms. Walker | 50 |
| Edward Slappy | |
| Direct Examination by Ms. Cade | 53 |
| Cross-Examination by Ms. Walker | 119 |
| Redirect Examination by Ms. Cade | 133 |

| EXHIBITS: | Marked | Rec'd |
|---|---|---|
| DX-1 Pictures | 87 | |

```
 1  Q    All right.  When you crossed at a light, did anything happen?
 2  A    Yes, I was almost hit by a vehicle that ran the light.
 3  Q    All right.  You were almost hit by a vehicle that ran the
 4       light?
 5  A    Yes.
 6  Q    When you say, "Almost hit," were you hit?
 7  A    Yes, actually, I was.  It hit my left -- my right leg and I
 8       had on steel toe boots.
 9            THE COURT:  And what?
10            THE WITNESS:  I had on steel toe boots, my work
11       boots.
12  MS. CADE:
13  Q    So you had on your work boots?
14  A    Yes.
15  Q    And did it cross your foot?
16  A    Actually, I jumped out the way and it hit my right foot.
17  Q    Did you later find out did the car stop?
18  A    No, the car kept going.
19  Q    Okay.  Did you get license number or anything?
20  A    No.
21  Q    All right.  What happened next?
22  A    Then I walked into Telway and I ordered my food.
23  Q    All right --
24            THE COURT:  What?
25            THE WITNESS:  I ordered three sliders with bacon.
```

| | | |
|---|---|---|
| 1 | | them why do you even need to put me in the car? |
| 2 | A | After I got in the car, that's when they took me almost by |
| 3 | | MotorCity. |
| 4 | Q | Okay. And then what happened? |
| 5 | A | And then when I woke up -- |
| 6 | Q | When you say, you woke up, where did you wake up? |
| 7 | A | I was in the alley. |
| 8 | Q | You were in the alley? |
| 9 | A | Yes. |
| 10 | Q | Do you remember getting hit or anything like that? |
| 11 | A | I -- I -- No, I don't even remember -- recall. |
| 12 | Q | So do you remember getting out of the car? |
| 13 | A | Yes. |
| 14 | Q | Okay. When you got out of the car, they had to let you out |
| 15 | | of the car, correct? |
| 16 | A | Yes. |
| 17 | Q | They let you out of the car, do you remember what happened |
| 18 | | from that point on? |
| 19 | A | After I got out of the car, I remember hitting the ground, |
| 20 | | then, like I guess I went to sleep. I laid there then I got |
| 21 | | up. When I got up I looked. My vision was very blurry. I |
| 22 | | couldn't see too much around me, but I saw the lights. So I |
| 23 | | was like, "That look like a casino." So then I walked over |
| 24 | | the bridge to the casino and I entered MotorCity Casino at |
| 25 | | the valet. The guy from valet say, "Man, you look a little |

```
 1                THE COURT:  Then what?
 2                THE WITNESS:  Then they didn't get my keys or
 3       anything like that.  After that, they took me to the hospital
 4       -- because I could never get out the car.  And then they took
 5       me to the hospital before --
 6  MS. CADE:
 7  Q    Okay.  When you went to the hospital, what, if anything,
 8       happened?
 9  A    Before we walked in, I asked him, "Was I under arrest?"  He
10       told me, "No," that I wasn't under any arrest or anything
11       like that.  So we walked in, because I said that, well, I can
12       just turn around and leave.  He was like, "You could, but
13       you're a little missed up and I think you should seek medical
14       treatment," so we walked in.  We start talking to the nurse
15       and everything, and the officer start asking me questions and
16       stuff.  I said, "So now you believe me?"  "Now you want to do
17       your F-ing job."
18  Q    So you cussed at the police officer, why?
19  A    Because I was upset that they impounded my car and they
20       should have took me to the hospital first.
21  Q    Were you in pain?
22  A    Yes.
23  Q    Did you tell them you were in pain?
24  A    Yes.  I mean my face physically showed that I was in pain.
25       And I was still bleeding.
```