# ROBINSON & ASSOCIATES, P.C.
## Attorneys and Counselors at Law

David A. Robinson, Esq.
Brandon McNeal, Esq.

28145 Greenfield Road
Suite 100
Southfield, Michigan 48076-7116
Office: (248) 423-7234
Facsimile (248) 423-7227
E-mail: attyrobinson@davidarobinsonlaw.com

August 5, 2020

Attn: Clerk's Office
Theodore Levin U.S. Court House
231 W. Lafayette Blvd
Room 599
Detroit, MI 48226

Re:   Edward Slappy v City of Detroit, et al, Case No: 19-cv-10171

Attention Court Clerk:

Please find enclosed for filing in the traditional manner the ***Plaintiff's Exhibits (via flashdrive) attachments to Plaintiff's Response and Brief in Opposition to Defendants' Motion for Summary Judgment, (ECF No. 44),*** relevant to the above captioned matter. The exhibits to be filed in the traditional manner are as follows:

1.   ***Exhibit 3- Bromley First Bodycam***
2.   ***Exhibit 6- Bromley Second Bodycam***
3.   ***Exhibit 7- Carthan Drop-Off Bodycam***
4.   ***Exhibit 8-Williams Rear Cam at Casino***
5.   ***Exhibit 9-Williams Rear Cam at Hospital***
6.   ***Exhibit 10- Slappey IA Audio Statement***
7.   ***Exhibit 14- Carthan Bodycam at Telway***

Thank you for your attention in this regard. Should you have any questions or concerns please feel free to contact our office.

Sincerely,
ROBINSON & ASSOCIATES, P.C.

DAVID A. ROBINSON
ATTORNEY AND COUNSELOR AT LAW

DAR/ccw
Enclosure(s)

**Placed on shelf in records.**

http://www.davidarobinsonlawfirm.com


# Gmail

Cheryl Watson <cherylw780@gmail.com>

## Text-Only Order in 2:19-cv-10171-VAR-MKM Slappy v. Detroit, City of et al
1 message

cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>  Tue, Aug 4, 2020 at 11:31 PM
To: do_not_reply@mied.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 8/4/2020 at 11:31 PM EDT and filed on 8/4/2020
**Case Name:**      Slappy v. Detroit, City of et al
**Case Number:**    2:19-cv-10171-VAR-MKM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER Granting [45] MOTION for Leave to File *to File Exhibits in Traditional Manner.* Signed by District Judge Victoria A. Roberts. (LVer)**

**2:19-cv-10171-VAR-MKM Notice has been electronically mailed to:**

Alfred Ashu &nbsp &nbsp AlfredA@Detroitmi.gov, alfredashu@gmail.com, ruckerli@detroitmi.gov

David A. Robinson &nbsp &nbsp davidrobinsonlaw@gmail.com, cherylw780@gmail.com, mcnealbr@gmail.com

Thomas E. Kuhn &nbsp &nbsp tekuhn@aol.com

**2:19-cv-10171-VAR-MKM Notice will not be electronically mailed to:**





$0.65 0
US POSTAGE
FIRST-CLASS
062S0007499421
48076

$0.65 0
US POSTAGE
FIRST-CLASS
062S0007499421
48076

no postmark

Robinson + Associates PC
28145 Greenfield Road
Suite 100
Southfield, MI 48076

U.S. MAIL

Attn: Clerk's Office
Theodore Levin U.S. Court House
231 W. Lafayette Blvd
Room 599
Detroit, MI 48226

RECEIVED
AUG 19 2020
CLERKS OFFICE
DETROIT