UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EDWARD SLAPPY**
**Individual,**

              Case No.: 19-cv-10171
    Plaintiff,      Hon. Victoria A. Roberts

v.

**ERIC CARTHAN, ERIC BROMLEY,**
**RANDOLPH WILLIAMS, in their individual**
**and official capacities and CITY OF**
**DETROIT, Jointly and Severally,**

    Defendants.

| | |
|---|---|
| **DAVID A. ROBINSON (P38754)** <br> **BRANDON MCNEAL (P81300)** <br> **ROBINSON AND ASSOCIATES, P.C.** <br> Attorneys for Plaintiff <br> 28145 Greenfield Rd., Suite 100 <br> Southfield, MI 48076 <br> (248) 423-7234 <br> davidrobinsonlaw@gmail.com <br><br> **THOMAS E. KUHN (P37924)** <br> Co-Counsel for Plaintiff <br> 645 Griswold St Suite 1900 <br> Detroit, MI 48226 <br> (313) 963-5222 <br> tekuhn@aol.com | **KRYSTAL A. CRITTENDON (P49981)** <br> **ALFRED ASHU (P82536)** <br> **CITY OF DETROIT LAW** <br> **DEPARTMENT** <br> Attorneys for Defendants <br> Coleman A. Young Municipal Center <br> 2 Woodward Ave., Ste. 500 <br> Detroit, MI 48226 <br> (313) 237-3025 <br> alfreda@detroitmi.gov |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OR TESTIMONY REGARDING ANY ALLEGED VIOLATION OF DPD POLICE MANUAL PROVISIONS

**NOW COME** Defendants, Eric Bromley, Eric Carthan and Randolph Williams, by and through their attorney, **ALFRED A. ASHU**, and herby state the following in support of their Motion in Limine:

## **CONCISE STATEMENT OF THE ISSUES PRESENTED**

1. Should the Court enter an order precluding plaintiff from presenting testimony or evidence regarding any alleged violation of DPD policy?

Defendants say: "Yes"

Plaintiff says: "No"

## **STATEMENT OF MOST APPROPRIATE AUTHORITY**

A district court can rule on evidentiary motions in limine "to narrow the issues remaining for trial and to minimize disruptions at trial." *United States v. Brawner*, 173 F.3d 966, 970 (6th Cir. 1999).

Fed. R. Evid. 403.

## **DEFENDANT'S BRIEF IN SUPPORT OF MOTION**

During discovery, Plaintiff questioned Defendants regarding whether they followed DPD policy in all respects as it related to their detention of Plaintiff. An alleged failure to comply with an administrative rule or policy does not itself rise to the level of a constitutional violation. *Laney v. Farley*, 501 F.3d 577, 581 n.2 (6th Cir. 2007). Brody v. City of Mason, 250 F.3d 432, 437 (6th Cir. 2001); Smith v. Freland, 954 F.2d 343, 347-48 (6th Cir. 1992); Barber v. City of Salem, 953 F.2d 232, 240 (6th Cir. 1992); McVeigh v. Bartlett, No. 94-23347, 1995 WL 236687, at *1 (6th Cir. Apr. 21, 1995) (failure to follow policy directive does not rise to the level of a constitutional violation because policy directive does not create a protectable liberty interest).

Since the violation of a policy does not establish a constitutional violation, Plaintiff should be precluded from offering evidence or eliciting testimony from witnesses regarding any such violation because such evidence/testimony is irrelevant and more prejudicial than probative and would be misleading to the jury and confusing on the issues.

## **CONCLUSION**

**WHEREFORE** Defendants, City of Detroit Police Officers Eric Bromley, Eric Carthan and Randolph Williams respectfully request that this Honorable Court

5

grant Defendants' Motions in Limine, and grant such other relief as this Honorable Court deems equitable and appropriate.

                                                       Respectfully submitted

                                                       /s/ *Alfred Ashu*
                                                       Alfred A. Ashu (P82536)
                                                       Assistant Corporation Counsel
                                                       City of Detroit Law Department
                                                       2 Woodward Avenue, Suite 500

Dated:      June 28, 2021               Detroit, Michigan 48226

## LR 7.1(a) STATEMENT OF COMPLAINCE

The undersigned certifies that he has in good faith conferred or attempted to confer with opposing counsel in an effort to obtain the requested relief without court action.

*Alfred Ashu*
Alfred A. Ashu

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 28, 2021, he served the foregoing papers upon the above named counsel of record by E-Service.

***Alfred Ashu***
Alfred A. Ashu